**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Matthew Sean Poteat | ) | Case No. 17-05205-hb |
| Natasha Lynn Poteat | ) | |
|   fka Natasha Lynn Swigert | ) | Chapter 13 |
| | ) | |
|                Debtors. | ) | |

**STATEMENT OF CHANGE**

**TAKE NOTICE** that the debtors are filing an amendment to **Voluntary Petition** to correct the spelling of the debtor's name. The original petition incorrectly listed the debtor's name as Mattew Sean Poteat. The correct spelling is Matthew Sean Poteat.

                                                    /s/ Sharon K. Butler
                                                    Sharon K. Butler
                                                    Attorney for Debtor(s)
                                                    Post Office Box 6974
                                                    Spartanburg, SC 29304
                                                    (864) 597-0316
                                                    (864) 597-0317 fax
                                                    District Court I.D. # 6147

November 2, 2017

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: ) | |
| ) | |
| Matthew Sean Poteat ) | Case No. 17-05205-hb |
| Natasha Lynn Poteat ) | |
|   fka Natasha Lynn Swigert ) | Chapter 13 |
| ) | |
|         Debtors. ) | |

**VERIFICATION OF AMENDED VOLUNTARY PETITION**

In accordance with the Bankruptcy Rules 1008 and 1009, the undersigned debtors hereby submit the attached amended Voluntary Petition.

The undersigned debtors certify under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

                                     /s/ Matthew Sean Poteat
                                     Matthew Sean Poteat

November 2, 2017

                                     /s/ Natasha Lynn Poteat
                                       Natasha Lynn Poteat

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:                                         )
                                               )
Matthew Sean Poteat                            )        Case No. 17-05205-hb
Natasha Lynn Poteat                            )
  fka Natasha Lynn Swigert                     )        Chapter 13
                                               )
                    Debtors.                   )
_____

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on the 2nd day of November 2017, served a copy of the **Statement of Change, Verification of Amendment, and Amended Voluntary Petition** on the following parties by electronic notification via CM/ECF:

Gretchen D. Holland, Trustee
20 Roper Corners Circle, Suite C
Greenville, SC  29615

U.S. Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201-2448

    I hereby certify that I have on the 2nd day of November 2017, served a copy of the **Statement of Change, Verification of Amendment, and Amended Voluntary Petition** on the parties listed on the attached mailing matrix by mailing copies thereof by U.S. Postal first class mail.

    /s/ Sharon K. Butler
    Sharon K. Butler
    Attorney for Debtor(s)
    Post Office Box 6974
    Spartanburg, SC 29304
    (864) 597-0316
    (864) 597-0317 fax
    District Court I.D. # 6147

Case 17-05205-hb
District of South Carolina
Spartanburg
Wed Nov  1 14:03:53 EDT 2017

AC Finance LLC
670 East Main Street
Spartanburg SC 29302-1286

Belmont Finance, LLC
P O  Box 152
Waupaca WI 54981-0152

BorrowersFirst, Inc
P O  Box 163207
Austin TX 78716-3207

Credit One Bank
P O  Box 98873
Las Vegas NV 89193-8873

Crescent Bank and Trust
P O  Box 2460
Chesapeake VA 23327-2460

Department of Education / Nelnet
3015 Parker Road
Suite 400
Aurora CO 80014-2904

Diversified Consultants
P O  Box 551268
Jacksonville FL 32255-1268

Emergency Center Physicians
c/o Medicredit Inc
P O  Box 1629
Maryland Heights MO 63043-0629

First Premier Bank
3820 North Louise Avenue
Sioux Falls SD 57107-0145

Greenville Health System
701 Grove Road
Greenville SC 29605-4295

Greenville Heritage Federal Credit Union
P O  Box 2564
Greenville SC 29602-2564

Greenville Memorial Hospital
P O  Box 19051
Greenville SC 29602-9051

Guild Mortgage Company
5898 Copley Drive
4th Floor
San Diego CA 92111-7916

Healthcare Receivables Group for
Greenville Health System
318 Nancy Lynn Lane
Suite 21
Knoxville TN 37919-6045

Healthcare Receivables Group for
Greeville Hospital
318 Nancy Lynn Lane
Knoxville TN 37919-6030

Internal Revenue Service
Centralized Insolvency Operations
P O  Box 7346
Philadelphia PA 19101-7346

Kay Jewelers
375 Ghent Road
Akron OH 44333-4600

Lendmark Financial Services
120 Dorman Commerce Drive
Suite I
Spartanburg SC 29301-2649

Mary Black Health System
1700 Skyln Drive
Spartanburg SC 29307-1041

Mary Black Physicians Group
P O  Box 19000
Belfast ME 04915-4085

Medical Data Systems, Inc
2001 9th Avenue
Suite 312
Vero Beach FL 32960-6413

Medicredit, Inc
P O  Box 1629
Maryland Heights MO 63043-0629

Midland Funding LLC
2365 Northside Drive
Suite 300
San Diego CA 92108-2709

Nelnet on behalf of ECMC
Educational Credit Management Corp
PO Box 16408
St. Paul MN 55116-0408

OneMain
3720 Boiling Springs Road
Suite K
Boiling Springs SC 29316-6211

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

Personify Financial
Applied Data Finance
11956 Bernardo Plaza Drive #144
San Diego CA 92128-2538

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Mattew Sean Poteat<br>337 Long Branch Road<br>Chesnee, SC 29323-9141 | Natasha Lynn Poteat<br>337 Long Branch Road<br>Chesnee, SC 29323-9141 |
| Premier Federal Credit Union<br>P O Box 26590<br>Greensboro NC 27415-6590 | Republic Finance, LLC<br>1234 W Floyd Baker Blvd<br>Suite A<br>Gaffney SC 29341-1414 | Sharonview Federal Credit Union<br>P O Box 2070<br>Fort Mill SC 29716-2070 |
| South Carolina Department of Revenue<br>P O Box 12265<br>Columbia SC 29211-2265 | Spartanburg County Delinquent Tax Office<br>P O Box 3060<br>Spartanburg SC 29304-3060 | Spartanburg Physcians Billing<br>c/o Medicredit Corporation<br>P O Box 1629<br>Maryland Heights MO 63043-0629 |
| Spartanburg Regional Medical Center<br>101 East Wood Street<br>Spartanburg SC 29303-3072 | Sprint<br>P O Box 105243<br>Atlanta GA 30348-5243 | |
| US Department of Education<br>c/o Nelnet<br>121 South 13th Street Suite 201<br>Lincoln NE 68508-1911 | Upstate Carolina Radiology<br>c/o Receivable Management Group<br>2901 University Blvd #29<br>Columbus GA 31907-7601 | Webbank / Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud MN 56303-0820 |
| Wells Fargo Bank, N A<br>P O Box 522<br>Des Moines IA 50306-0522 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery<br>120 Corporate Blvd<br>Suite 100<br>Norfolk VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF SOUTH CAROLINA | |
| Case number *(if known)*    17-05205 | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13      ■ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Matthew** <br> First name <br><br> **Sean** <br> Middle name <br><br> **Poteat** <br> Last name and Suffix (Sr., Jr., II, III) | **Natasha** <br> First name <br><br> **Lynn** <br> Middle name <br><br> **Poteat** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | **FKA Natasha Lynn Swigert** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9327 | xxx-xx-5839 |

Debtor 1  **Matthew Sean Poteat**
Debtor 2  **Natasha Lynn Poteat**                                                                 Case number *(if known)*  **17-05205**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **337 Long Branch Road**<br>**Chesnee, SC 29323-9141**<br>Number, Street, City, State & ZIP Code<br><br>**Spartanburg**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 2

Debtor 1    **Matthew Sean Poteat**
Debtor 2    **Natasha Lynn Poteat**                                                        Case number *(if known)*    **17-05205**

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | District | When | Case number, if known | |
| | Debtor | | Relationship to you | |
| | District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | **Matthew Sean Poteat** | | |
|---|---|---|---|
| Debtor 2 | **Natasha Lynn Poteat** | Case number *(if known)* | **17-05205** |

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

| | |
|---|---|
| Debtor 1 | **Matthew Sean Poteat** |
| Debtor 2 | **Natasha Lynn Poteat** |

Case number *(if known)* **17-05205**

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Matthew Sean Poteat**
Debtor 2    **Natasha Lynn Poteat**    Case number *(if known)*    **17-05205**

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Matthew Sean Poteat    /s/ Natasha Lynn Poteat
Matthew Sean Poteat    Natasha Lynn Poteat
Signature of Debtor 1    Signature of Debtor 2

Executed on    **November  2, 2017**    Executed on    **November  2, 2017**
MM / DD / YYYY    MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | **Matthew Sean Poteat** | |
| Debtor 2 | **Natasha Lynn Poteat** | Case number *(if known)* **17-05205** |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Sharon K. Butler**                                    Date   **November  2, 2017**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Sharon K. Butler**
Printed name

**Sharon K. Butler, Attorney at Law**
Firm name

**Post Office Box 6974**
**Spartanburg, SC 29304-6974**
Number, Street, City, State & ZIP Code

Contact phone _____        Email address _____

**6147**
Bar number & State